# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Maxwell Barkley, | C/A No.: 0:18-cv-0122 DCN |
| Plaintiff, | |
| vs. | **ORDER** |
| Warden, FCI Williamsburg, | |
| Defendant. | |

On April 9, 2018, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and dismissed this action without prejudice and without issuance and service of process. Judgment was entered in this case by the Clerk of Court on April 10, 2018. On April 9, 2018, petitioner filed his objections to the Report and Recommendation, an amended complaint, a motion for leave to proceed in forma pauperis, Local Rule 26.01 Answers to Interrogatories, and proposed summons (ECF Nos. 17-21). Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on April 9, 2018, dismissing this action without prejudice, and the judgment filed on April 10, 2018 are herewith **VACATED**, and this matter is herewith reopened.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Magistrate Judge for further handling.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

April 11, 2018
Charleston, South Carolina